In re: Quebbie BRINSON, Debtor.

Quebbie Brinson, Plaintiff–Appellant,

v.

Chapter 13 Trustee, Barnee C. Baxter, Chapter 13 Trustee, Defendant–Appellee.

No. 07–15350
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 7, 2008.

Vernon Lee Ringler, Augusta, GA, for Plaintiff–Appellant.

James C. Overstreet, Jr., Klosinski Overstreet, LLP, Augusta, GA, for Defendant–Appellee.

Before CARNES, BARKETT and FAY, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed for the reasons set forth in its

ORDER dated October 11, 2007, 2007 WL 3005335.

**AFFIRMED.**